# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

903 WEST WASHINGTON LLC, et al.,

    Plaintiffs,

Case No. 22-11110
Hon. Jonathan J.C. Grey

v.

CITY OF JACKSON, et al.,

    Defendants.

_____/

## JUDGMENT

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that plaintiffs' cause of action is **DISMISSED**.

**SO ORDERED**.

                                  **s/ Jonathan J.C. Grey**
                                  Jonathan J.C. Grey
Dated:  August 25, 2025         United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 25, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager